UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARGARET JOHNSON,

         Plaintiff,

  v.

MEDISYS HEALTH NETWORK, et al,

         Defendants.
-----------------------------------------------------------------x

*Order*

*The recommendation is adopted.*

s/Edward R. Korman

REPORT AND RECOMMENDATION & *Order*

6/3/11

10-CV-1596 (ERK) (VVP)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 10 2011 ★

BROOKLYN OFFICE

## TABLE OF CONTENTS

BACKGROUND ........................................................................................................................- 2 -
 I. Facts ..........................................................................................................................- 2 -
 II. Procedural History....................................................................................................- 4 -
DISCUSSION...........................................................................................................................- 5 -
 I. Motion to Remand....................................................................................................- 5 -
  A. Motion For Total Remand............................................................................- 5 -
  B. Motion for Partial Remand...........................................................................- 6 -
 II. Motion to Dismiss ..................................................................................................- 10 -
  A. Legal Standards on a Motion to Dismiss...................................................- 11 -
  B. Claims 1 and 2: Breach of Contract and Implied Contract........................- 12 -
  C. Claims 3 and 4: Tortious Interference and Wrongful Discharge................- 17 -
  D. Claims 5 and 17: Breach of Fiduciary Duty and Negligence .....................- 19 -
  E. Claim 18: Violation of the Labor Law.......................................................- 21 -
  F. Unnumbered Claim for Punitive damages .................................................- 21 -
  G. Claim 19: Defamation ................................................................................- 21 -
  H. Gender-Related Claims ..............................................................................- 25 -
   1. Claims 6, 14, and 15: Retaliation ..................................................- 26 -
   2. Claims 9 and 12: Quid Pro Quo Sexual Harassment.....................- 30 -
   3. Claims 7, 10, and 13: Gender Discrimination ..............................- 32 -
 III. Additional Arguments In Support of Dismissal .....................................................- 34 -
  A. Immunity of Directors, Officers, or Trustees of Non-Profit Corporations.- 34 -
  B. Notice to Individual Defendants ................................................................- 36 -
  C. Dismissal of Entities ..................................................................................- 37 -
 IV. Motion to Seal and for Injunctive Relief................................................................- 40 -
  A. The Information At Issue ...........................................................................- 41 -